UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK RUKAJ, *as beneficiary of Anton Rukaj and claimant under the employee welfare benefits plan*,

Plaintiff,

-against-

ANTHEM LIFE & DISABILITY INSURANCE COMPLANY and THE STANDARD LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

Case No. 1:26-cv-05652 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 29, 2026, the Court held the initial pretrial conference. As discussed at the conference, after discovery concludes, this matter shall be tried in a bench trial on the papers and without witnesses. Therefore,

It is hereby ORDERED that the parties shall submit their proposed findings of fact and conclusions of law by **January 15, 2027**, as well as any pretrial briefs that the parties wish to file pursuant to Rochon Indiv. Rules 5.C.ii and iii. Any responses, if necessary, shall be filed by **February 15, 2027**. The parties shall also submit all pretrial exhibits to the Court in electronic form, along with noted objections, if any, by **January 15, 2027**.

It is FURTHER ORDERED that a bench trial will be held on **March 17, 2027** at **2:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York.

Dated: September 29, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge