**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**MARK RUKAJ,**

**Plaintiff,**

**-against-**

**ANTHEM LIFE & DISABILITY**
**INSURANCE COMPANY, et al.,**

**Defendants.**

**----------------------------------------------------------------X**

**26-CV-5652**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference is hereby scheduled for **Monday, November 16, 2026, at 1:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [608004232#].**

**SO ORDERED.**

DATED: New York, New York
October 5, 2026

VALERIE FIGUEREDO
United States Magistrate Judge